# NOT AVAILABLE

# PRIVACY REQUIREMENT

# UNDER

# E-GOVERNMENT ACT