UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

ADIB K. TIMBUKTU and CHAD PARHAM,

        Plaintiffs,

v.                                        Case No. 05-C-492

RONALD MALONE, LT. SLATTERY,
LT. WALKER, LT. SALSBURY,
CORRECTIONAL OFFICER STALOWSKI and
CORRECTIONAL OFFICER KNUEPPEL,

        Defendants.

## DECISION AND ORDER

Plaintiffs, Adib K. Timbuktu and Chad Parham, filed this joint *pro se* civil rights action pursuant to 42 U.S.C. § 1983. This matter comes before the court on plaintiff Timbuktu's motion to hold the case in abeyance.

On January 8, 2008, plaintiff Timbuktu requested that this action be stayed until his release from Racine County Jail. Review of the docket reveals that he was released in April 2008. (*See* Pl.'s April 7, 2008, Notice of Change of Address). Thus, plaintiff Timbuktu's motion to hold this case in abeyance will be denied as moot.

The court notes that the parties were previously directed to submit letters setting forth their perspective regarding the status of this case. The plaintiffs have indicated that additional discovery is necessary. The defendants do not object to the

plaintiffs' request. Thus, the parties are advised that an amended scheduling order is forthcoming.

Accordingly,

**IT IS ORDERED** that plaintiff Timbutku's motion to hold this case in abeyance (Docket #36) is **DENIED AS MOOT.**

Dated at Milwaukee, Wisconsin, this 18th day of April, 2008.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge