UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

ADIB K. TIMBUKTU and CHAD PARHAM,

    Plaintiffs,

v.    Case No. 05-C-0492

RONALD MALONE, LT. SLATTERY,
LT. WALKER, LT. SALSBURY,
CORRECTIONAL OFFICER STALOWSKI and
CORRECTIONAL OFFICER KNUEPPEL,

    Defendants.

---

## DECISION AND ORDER

Plaintiffs, Adib K. Timbuktu and Chad Parham, filed this joint *pro se* civil rights action pursuant to 42 U.S.C. § 1983. This matter comes before the court on the defendants' motion to stay the case until September 2, 2008, due to a pending investigation by the Milwaukee County District Attorney's office related to this case.

Accordingly,

**IT IS ORDERED** that defendants' motion to stay this case until September, 2, 2008 (Docket #56) is **GRANTED.**

**IT IS FURTHER ORDERED** that defendants' responses to the plaintiffs' pending motion to compel (Docket #48), discovery demands (Docket #49 and #50) and motion for summary judgment (Docket #51) shall be filed on or before **October 2, 2008**.

Dated at Milwaukee, Wisconsin, this 7th day of July, 2008.

    BY THE COURT:

    J.P. Stadtmueller
    U.S. District Judge